IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-CR-30044-NJR |
| | ) | |
| vs. | ) | Title 18, United States Code |
| | ) | Sections 115(a)(1)(B) and 876(c) |
| ANTHONY DOBBINS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

APR 0 2 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**INFLUENCING A FEDERAL OFFICIAL BY THREAT**

On or about March 18, 2019 in Madison County, within the Southern District of Illinois,

**ANTHONY DOBBINS,**

defendant herein, did threaten to assault or/and murder an employee of the Federal Bureau of

Prisons, with the intent to impede, intimidate, or interfere with the federal employee while engaged

in the performance of his/her official duties, in violation of Title 18, United States Code, Section

115(a)(1)(B).

**COUNT 2**
**MAILING A THREATENING COMMUNICATION**

On or about March 18, 2019 in Madison County, within the Southern District of Illinois,

**ANTHONY DOBBINS,**

defendant herein, knowingly and willfully did deposit in an authorized depository for mail matter,

to be sent and delivered by the Postal Service, a communication, dated March 2019, addressed to

1

Director, Bureau of Prisons, 320 First Street NW, Washington, D.C., and containing a threat to injure an employee of the Federal Bureau of Prisons, all in violation of Title 18, United States Code, Section 876(c).

## COUNT 3
### INFLUENCING A FEDERAL OFFICIAL BY THREAT

On or about March 18, 2019 in Madison County, within the Southern District of Illinois,

### ANTHONY DOBBINS,

defendant herein, did threaten to assault or/or murder an employee of the Federal Bureau of Prisons, with the intent to impede, intimidate, or interfere with the federal employee while engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 4
### MAILING A THREATENING COMMUNICATION

On or about March 18, 2019 in Madison County, within the Southern District of Illinois,

### ANTHONY DOBBINS,

defendant herein, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication, dated March 2019, addressed to Director, Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II (8th Floor), 420 State Ave., Kansas City, Kansas, and containing a threat to injure an employee of the Federal Bureau of Prisons, all in violation of Title 18, United States Code, Section 876(c).

**A TRUE BILL**

███████████████████

FOREPERSON

*Ali Summers*

ALI M. SUMMERS
Assistant United States Attorney

*Steven D. Weinhoeft*

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:   Detention