IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY DOBBINS, )<br>)<br>Defendant. ) | CRIMINAL NO. 19-CR-30044-NJR |

### STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. The Defendant, Anthony Dobbins, has been in the custody of the United States Marshals and in the physical custody of the Alton jail since approximately August 30, 2018.

2. On March 18, 2019, Dobbins passed to a jailer at the Alton jail a letter addressed to the Bureau of Prisons, North Central Regional Office, Gateway Complex Tower III (8th Floor), 420 State Avenue, Kansas City, Kansas. In accord with the Alton jail policy, the jailer inspected the letter contained in the envelope and discovered that the letter contained numerous overt threats to kill Bureau of Prisons staff members once he was sentenced and sent to a BOP facility. The letter was signed by Anthony Dobbins. The jailer also noticed that the letter contained a "P.S." which stated that he had sent the "Director (in Washington) the same threat."

3. The jailer then inspected the mail items in the outbox to determine if Dobbins had sent any additional letters. The jailer found a sealed envelope addressed to the Director of the Bureau of Prisons, 320 First Street NW, Washington, D.C. sent from Dobbins. The letter inside

the envelope also contained overt threats to kill BOP staff members once Dobbins was sent to a BOP facility. The second letter was also signed by Dobbins.

4. Dobbins was interviewed about the two letters. Prior to being interviewed Dobbins was advised of his Miranda rights and the interview was recorded. Dobbins admitted that he wrote both letters. Dobbins stated that he truly intends to kill the first Bureau of Prisons employee that he is able to attack because he is angry with the BOP for his parole being violated. Dobbins stated that he believes BOP employees were involved in the revocation of his parole to harass and mistreat him because BOP knows that he is a high-ranking Gangster Disciple. Dobbins further stated that he will kill the first Bureau of Prisons employee he can to "send a message" and that he is the master at making weapons while in prison, but if need be he will use his bare hand.

**SO STIPULATED:**

_____
ANTHONY DOBBINS
Defendant

_____
GREGORY SMITH
Attorney for Defendant

Date: 4/30/19

STEVEN D. WEINHOEFT
United States Attorney

_____
ALI SUMMERS
Assistant United States Attorney

Date: 4-30-2019

2